IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALICIA SPURLOCK**                                                                                              **PLAINTIFF**

v.                                         Case No. 4:21-cv-00263-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Alicia Spurlock's complaint is dismissed with prejudice (Dkt. No. 2). The relief requested is denied.

So adjudged this the 26th day of September, 2022.

                                                                 _____
                                                                 Kristine G. Baker
                                                                 United States District Judge